# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA STRICKLIN,
ADC #138119                                                                                    PLAINTIFF

v.                             5:18CV00199-JM-JTK

RORY GRIFFIN, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections.[1] After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Woods and Does are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 4th day of September, 2018.

```
                                        _____
                                        JAMES M. MOODY, JR
                                        UNITED STATES DISTRICT JUDGE
```

---

1 Plaintiff's amended complaint named only Defendants Griffin and Conley.

1