**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOSHUA STRICKLIN,                                                                    PLAINTIFF
ADC #138119

v.                                                    5:18CV00199-JM-JTK

RORY GRIFFIN, et al.                                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motions for Summary Judgment (Doc. Nos. 22, 26) are GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 11th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1